IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LATRICE WASHINGTON                                                           PLAINTIFF

v.                                    Case No. 4:17-cv-4048

ENHANCED RECOVERY
COMPANY, LLC                                                                 DEFENDANT

## **ORDER**

Before the Court is Plaintiff Latrice Washington's Notice of Dismissal With Prejudice. (ECF No. 8). Plaintiff gives notice that she voluntarily dismisses with prejudice the above-captioned proceeding against Defendant Enhanced Recovery Company, LLC. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff's claims against Defendant are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 27th day of September, 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge